IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT M. MATTOX,** | : |
| Plaintiff, | : |
| vs. | :   Civil Action No. 12-0192- KD-C |
| **STATE FARM FIRE AND CASUALTY COMPANY and JEFF STAUTER,** | : |
| | : |
| Defendants. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 15, 2012 is **ADOPTED** as the opinion of this Court.

Accordingly, plaintiff's motion to remand (Doc. 9) is **GRANTED** and this action is **remanded** to the Circuit Court of Baldwin County, Alabama.

**DONE** this 6th day of September, 2012.

s/Kristi K. DuBose
**UNITED STATES DISTRICT JUDGE**